DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN A. CAMMALLERI,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-3518

[November 29, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 2014-CF-000067-A.

Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Georgina Jimenez-Orosa, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY, JJ., and CARACUZZO, CHERYL, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***